Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−24655−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Nancy Sokasits
 26 Gordon Cir
 Parsippany, NJ 07054

Social Security No.:
 xxx−xx−9099

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/5/20 at 10:00 AM

to consider and act upon the following:

**52** − Certification in Opposition to Certification of Default (related document:50 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 1/6/2020. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Scott J. Goldstein on behalf of Nancy Sokasits. (Attachments: # 1 Certificate of Service) (Goldstein, Scott)

Dated: 1/3/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court