Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−24655−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nancy Sokasits
   26 Gordon Cir
   Parsippany, NJ 07054

Social Security No.:
   xxx−xx−9099

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/3/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 3, 2020
JAN: slm

                                                            Jeanne Naughton
                                                            Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey

In re:                                                                    Case No. 18-24655-RG
Nancy Sokasits                                                            Chapter 13
        Debtor                         CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin                 Page 1 of 2                  Date Rcvd: Mar 03, 2020
                             Form ID: 148                Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2020.
db             +Nancy Sokasits,   26 Gordon Cir,   Parsippany, NJ 07054-3400
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER,   Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,   Suite 1400,   Philadelphia, PA 19103-1814
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER,   Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
517658415      +CCB Credit Services,   5300 S. 6th St,   Springfield, IL 62703-5184
518454435       Citibank, N.A., as trustee for CMLTI Asset Trust,   PO Box 814609,   Dallas, TX  75381-4609
518454436       Citibank, N.A., as trustee for CMLTI Asset Trust,   PO Box 814609,   Dallas, TX  75381-4609
                 Citibank, N.A., as trustee for CMLTI Ass,   PO Box 814609,   Dallas, TX  75381-4609
517658422      +First Saving Bank / Blaze,   Attn: Bankruptcy,   Po Box 5096,   Sioux Falls, SD 57117-5096
517658423       Hayt, Hayt, & Landau, LLC,   2 Industrial Way West,   PO Box 500,   Eatontown, NJ 07724-0500
517658424       Hill Wallack LLP,   21 Roszel Road,   PO Box 5226,   Princeton, NJ 08543-5226
517658426      +McCabe Weisberg & Conway, LLC,   216 Haddon Ave, Ste 201,   Collingswood, NJ 08108-2818
517658428      +Mega Limousine,   1236 US Hwy 46 W,   Parsippany, NJ 07054-2159
517658430      +MidAmerica Bank & Trust Company,   Attn: Bankruptcy,   Po Box 400,   Dixon, MO 65459-0400
517658431      +Mobiloansllc,   P.O. Box 1409,   Marksville, LA 71351-1409
517658432      +Omer Songun,   d/b/a Songun Livery,   38 Holmdel Road,   Parsippany, NJ 07054-3613
517658433       Phillips & Cohen Assoc LTD,   Mail Stop: 146,   1002 Justison Street,
                 Wilmington, DE 19801-5148
517658434       Saint Clare's Hospital,   PO Box 536598,   Pittsburgh, PA 15253-5907
517658436      +Townhomes @ Hunting Ridge Condo Assoc,   55 Madison Ave #120,   Morristown, NJ 07960-7321
517729014      +Townhomes at Hunting Ridge Condominium Assoc. Inc.,   c/o Hill Wallack LLP,
                 21 Roszel Road, P.O. Box 5226,   Princeton, NJ 08543-5226
518052814      +U.S. BANK TRUST, N.A., AS TRUSTEE ET.AL.,   CALIBER HOME LOANS, INC.,   BANKRUPTCY DEPARTMENT,,
                 13801 WIRELESS WAY,   OKLAHOMA CITY OK 73134-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 04 2020 00:20:15      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 04 2020 00:20:11      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Mar 04 2020 04:38:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,   Norfolk, VA 23541-1021
517658413      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Mar 04 2020 00:21:12      Caliber Home Loans, Inc.,
                 3701 Regents Blvd,   Irving, TX 75063-2312
517658414      +EDI: CAPITALONE.COM Mar 04 2020 04:38:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
517699340       EDI: CAPITALONE.COM Mar 04 2020 04:38:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
517658416      +E-mail/Text: mediamanagers@clientservices.com Mar 04 2020 00:19:15      Client Services,
                 3451 Harry S. Truman Blvd,   Saint Charles, MO 63301-9816
517658417       EDI: WFNNB.COM Mar 04 2020 04:38:00      Comenity Bank,   Attn: Bankruptcy,   P.O. Box 182125,
                 Columbus, OH 43218-2125
517658418       EDI: WFNNB.COM Mar 04 2020 04:38:00      Comenity Capital Bank/HSN,   Attn: Bankruptcy Dept,
                 Po Box 18215,   Columbus, OH 43218
517658419      +EDI: CONVERGENT.COM Mar 04 2020 04:38:00      Convergent Outsourcing,   PO Box 9004,
                 Renton, WA 98057-9004
517658420      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 04 2020 00:22:33      Credit One Bank,
                 Attn: Bankruptcy,   Po Box 98873,   Las Vegas, NV 89193-8873
517658421      +EDI: AMINFOFP.COM Mar 04 2020 04:38:00      First Premier Bank,   Po Box 5524,
                 Sioux Falls, SD 57117-5524
517658425      +EDI: IRS.COM Mar 04 2020 04:38:00      Internal Revenue Service,   Centralized Insolvency,
                 PO Box 7346,   Philadelphia, PA 19101-7346
517774239       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 04 2020 00:23:21
                 LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC and,
                 FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517729351       E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 04 2020 00:21:43      MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
517658427      +E-mail/Text: bknotices@mbandw.com Mar 04 2020 00:20:41      McCarthy, Burgess, & Wolff,
                 The MB&W Building,   26000 Cannon Road,   Bedford, OH 44146-1807
517658429      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 04 2020 00:22:57
                 Merrick Bank/CardWorks,   Attn: Bankruptcy,   Po Box 9201,   Old Bethpage, NY 11804-9001
517745547      +EDI: JEFFERSONCAP.COM Mar 04 2020 04:38:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517745547      +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 04 2020 00:20:36      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517768805       EDI: Q3G.COM Mar 04 2020 04:38:00      Quantum3 Group LLC as agent for,   Comenity Capital Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
517661077      +EDI: RMSC.COM Mar 04 2020 04:38:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517658435       EDI: TDBANKNORTH.COM Mar 04 2020 04:38:00      TD Bank,   1701 Route 70 East,
                 Cherry Hill, NJ 08034
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Mar 03, 2020
                              Form ID: 148             Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517658437         EDI: USBANKARS.COM Mar 04 2020 04:38:00      US Bank NA,   Attn: Officer,   425 Walnut Street,
                   Cincinnati, OH 45202
517772886        +EDI: AIS.COM Mar 04 2020 04:38:00      Verizon,   by American InfoSource as agent,
                   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517757007         U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    c/o Caliber Home Loans, Inc.,
                   13801 Wireless Way, Oklahoma City,OK 731
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2020 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Citibank, N.A., as Trustee for CMLTI Asset Trust
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Townhomes at Hunting Ridge Condominium Association,
               Inc. eholdren@hillwallack.com,    jhanley@hillwallack.com;hwbknj@hillwallack.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Citibank, N.A., as Trustee for CMLTI Asset Trust
               NJ_ECF_Notices@mccalla.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Citibank, N.A., as Trustee for CMLTI Asset Trust
               rsolarz@kmllawgroup.com
              Robert  Davidow   on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Scott J. Goldstein    on behalf of Debtor Nancy  Sokasits sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Sindi  Mncina    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```